✎GAM 35　　　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  7:19-cr-00039-HL-TQL-1 |
| **JOAN CARLOS MARRERO-VIENES** | |

  Marrero-Vienes has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Marrero-Vienes be discharged from supervision.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*LaQuesha Balkcom*

　　　　　　　　　　　　　　　　　　　LaQuesha D. Balkcom
　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　Dated this　　21st　　day of　　February　　, 2023.

　　　　　　　　　　　　　　　　　　　s/Hugh Lawson
　　　　　　　　　　　　　　　　　　　HUGH LAWSON
　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE